```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS



LOUIS A. PICCONE,              )
        Plaintiff              )
                               )
                      v.       )    C.A. NO. 13-cv-30147-MAP
                               )
TROOPER DICKENSON, ET AL,      )
        Defendants             )
```

### MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION WITH REGARD TO DEFENDANT'S MOTION FOR INDIGENT STATUS
(Dkt. No. 2)

April 10, 2014

PONSOR, U.S. D.J.

Having reviewed the substance of Judge Kenneth P. Neiman's Report and Recommendation dated May 7, 2014 and finding it meritorious, and noting that there is no objection, the court, upon <u>de novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 5). Defendant's Motion for Indigent Status (Dkt. No. 2) is hereby DENIED. This complaint is hereby DISMISSED. This case may now be closed.

It is So Ordered.

                                     /s/ Michael A. Ponsor
                                     MICHAEL A. PONSOR
                                     U. S. District Judge