# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS A. PICCONE,<br>    Plaintiff<br><br>v.<br><br>TROOPER DICKENSON, ET AL,<br>    Defendant | CIVIL ACTION<br>NO. 3:13-cv-30147-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Trooper Dickenson, et al, against the plaintiff Louis A. Piccone, pursuant to the court's memorandum and order entered this date, denying the defendant's motion for indigent status and dismissing the complaint.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: April 10, 2014

/s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
    [jgm.]